# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 14-06013-01-CR-SJ-DGK |
| DAVID JAMES CAIN, | ) ) | |
| Defendant. | ) | |

## ORDER

On April 20, 2015, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Tennille Warren-Phillips, Psy.D. It is the opinion of Dr. Warren-Phillips that Defendant is competent to proceed. During a hearing held before United States Magistrate Judge Robert Larsen on August 4, 2015, Defendant and the government stipulated to the report of Dr. Warren-Phillips. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 17, 2015, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   August 12, 2015              /s/ Greg Kays
                                    GREG KAYS, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT